Accordingly, the judgment of the circuit court of Cook County is affirmed.

Judgment Affirmed.

Mr. PRESIDING JUSTICE EGAN took no part in the consideration or decision of this case.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES W. JOHNSON, Defendant-Appellant.

(No. 59135;

First District (2nd Division)—August 27, 1974.

James J. Doherty, Public Defender, of Chicago (Edmund B. Moran, Jr. and Richard D. Kharas, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Mary Ellen Dienes and Robert Kaainoin, Jr., Assistant State's Attorneys, of counsel), for the People.